6 M 295

DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:

- ☐ TOO VOLUMINOUS
- ☐ QUALITY NOT LEGIBLE
- ☐ FONT TOO SMALL
- ☐ PHOTOGRAPHS
- ☑ OTHER: M case

TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER AT 312-435-5699.