IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION<br><br>OF<br><br>EDWARD MAZUR | ) )<br>) )<br>) ) No. 06 M 295<br>) )<br>) ) Magistrate Judge Arlander Keys<br>) )<br>) ) |

### EDWARD MAZUR'S MOTION FOR LEAVE TO FILE POST-HEARING MEMORANDUM

Relator Edward Mazur, by his attorneys, JENNER & BLOCK, LLP, respectfully moves this Court for leave to file a post-hearing memorandum, filed with this motion. Post-hearing briefing will assist the Court in reviewing the voluminous evidence presented regarding extradition. It will also give Mr. Mazur the opportunity to fully address arguments and evidence presented by the Government for the first time at the hearing, in some cases after Mr. Mazur would have any opportunity to respond orally. Because permitting post-hearing briefing will serve both producing the most accurate outcome and providing Mr. Mazur with the fairest hearing possible, this Court should grant Mr. Mazur leave to file a post-hearing memorandum.

The extradition hearing held on May 23, 2007, covered a large amount of information. The written evidence alone ran to more than 500 pages, along with extensive oral testimony. However, the closing argument was truncated because of the Court's desire to conclude the hearing within one day. In addition, the closing argument came at the end of a long day of testimony in a stiflingly hot courtroom. In order to finish in one day, Relator's attorneys omitted certain legal arguments that would have taken substantial time to present and discuss at the hearing and gave an abbreviated presentation on the factual evidence. Furthermore, because no

transcript was available during the closing arguments, we were required to work from notes and our memory of the testimony that had been given and what evidence was admitted. Mr. Mazur's Post-Hearing Memorandum corrects those deficiencies, providing the Court with a fuller analysis of the evidence and citations to relevant parts of the record.

The Post-Hearing Memorandum would also help alleviate the prejudice from the Government's late presentation of undisclosed evidence and the introduction of new, fanciful arguments in the Government's closing argument. The Government introduced evidence, most notably the photographs of a line-up including Mr. Mazur, that Mr. Mazur's attorneys had never seen prior to the hearing and that Mr. Mazur's attorneys had requested some six months previously. Hearing Tr. at 125:13-126:20. While the Court granted a brief continuance, Mr. Mazur's attorneys did not have the opportunity to consider fully and respond to the evidence presented for the first time at the hearing. In addition, the Government made a series of fanciful arguments supported only by supposition and conjecture in its closing argument. *Id.* at 201:19-239-12. Because of the structure of the hearing, Mr. Mazur had no opportunity to respond to those arguments.

Allowing post-hearing briefing will both protect Mr. Mazur's rights and ensure that the Court has the most information possible. There is a particularly high value in taking additional steps to ensure an accurate decision because there is no direct appellate review possible. As a result, the consequences of error are greater than in other decisions.

## Conclusion

Mr. Mazur respectfully requests that the Court grant him leave to file a post-hearing memorandum.

Dated: June 22, 2007
      Chicago, Illinois

                                    Respectfully submitted,

                                    EDWARD MAZUR


                                    By:   *s/ Chris C. Gair*
                                                    One of his Attorneys

Chris C. Gair
Adam H. Morse
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 923-8439

**CERTIFICATE OF SERVICE**

  Chris Gair, an attorney, hereby certifies that on June 22, 2007, he caused a copy of the *Edward Mazur's Motion for Leave to File Post-Hearing Memorandum* to be served upon counsel listed below, via the Court's ECF system.

  Mitchell A. Mars
  Assistant United States Attorney
  219 S. Dearborn St., 5th Floor
  Chicago, IL 60604
  mitchell.mars@usdoj.gov


          __*s/ Chris C. Gair*___
            Chris C. Gair